■ In the Matter of MICHAEL ROSSETTI, Appellant, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed for reasons stated at Supreme Court, Dadd, J. (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CURTIS ENGLISH, Respondent.—Order unanimously affirmed for reasons stated in memorandum decision at Supreme Court, Mark, J. (Appeal from order of Supreme Court, Monroe County, Mark, J.—suppression.) Present—Dillon, P. J., Callahan, Pine, Lawton and Davis, JJ.